UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DWAYNE LINTON,

    Plaintiff,

v.                                               Case No.: 2:24-cv-356-SPC-KCD

AIR PROS WEST, LLC,

    Defendant.
_____/

**OPINION AND ORDER**

Before the Court is Defendant Air Pros West, LLC's Suggestion of Bankruptcy. (Doc. 45). Air Pros West, LLC filed for bankruptcy on March 16, 2025. So, the Court stays this case in accordance with 11 U.S.C. § 362.

Accordingly, it is now

**ORDERED:**

1. The case is **STAYED**.

2. **On or before July 1, 2025**, and **every 90 days** thereafter Air Pros West, LLC must provide the Court with a status report regarding the bankruptcy proceedings. Air Pros West, LLC must notify the Court within **7 days** of the bankruptcy proceedings concluding.

3. The Clerk is **DIRECTED** to add a stay flag to the file.

2

**DONE** and **ORDERED** in Fort Myers, Florida on April 2, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record